# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

ENGINEERING AND INSPECTION SERVICES, LLC,

    Plaintiff(s),

vs.

NEW RISE RENEWABLES RENO, LLC,

    Defendant(s).

Case No.:  3:24-cv-00314-MMD-CLB

## ORDER GRANTING
## SUBSTITUTION OF ATTORNEY

New Rise Renewables Reno, LLC (Name of Party) (Plaintiff) (Defendant) hereby substitutes

F. Thomas Edwards (New Attorney)

(Address): 300 South Fourth Street, Suite 1600, Las Vegas, NV 89101

(Telephone): (702)-791-0308, as attorney of record in place and stead of: Denise C. Puente, Esq. and Benjamin R. Grau, Esq. (Present Attorney)

DATED: 9/4/24

_____
(Signature of Party)

I consent to the above substitution.

DATED: 9/6/24

_____
(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: _September 9 2024_  _____
                                (Signature of New Attorney)
4
5  Please check one: ____ RETAINED, or ____ APPOINTED BY THE COURT
6
7                          APPROVED:
8
9  DATED: _____
10                                UNITED STATES DISTRICT JUDGE
11

**IT IS SO ORDERED.**

**DATED:** September 9, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

2

6/95