ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
EMILY L. DYER, ESQ., Nevada Bar No. 14512
edyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:    702.382.2101
Facsimile:    702.382.8135

*Attorneys for Plaintiff Engineering &
Inspection Services, L.L.C.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENGINEERING & INSPECTION SERVICES, L.L.C.,<br><br>*Plaintiff*,<br><br>v.<br><br>NEW RISE RENEWABLES RENO, LLC,<br><br>*Defendant*. | CASE NO.: 3:24-cv-00314-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Engineering & Inspection Services, L.L.C. and Defendant New Rise Renewables Reno, LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal of Plaintiff's claims WITH PREJUDICE, with each side to bear its own fees and costs.

DATED this 1st day of October, 2024.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | HOLLEY DRIGGS |
|---|---|
| BY: */s/ Travis F. Chance*<br>ADAM K. BULT, ESQ.<br>TRAVIS F. CHANCE, ESQ.<br>EMILY L. DYER, ESQ. | BY: */s/ F. Thomas Edwards*<br>F. THOMAS EDWARDS, ESQ.<br>tedwards@nevadafirm.com |
| *Attorneys for Plaintiff Engineering & Inspection Services, L.L.C* | *Attorneys for Defendant New Rise Renewables Reno, LLC* |

31159468

**THE COURT**, having reviewed the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that the Complaint and Plaintiff's claims therein are hereby dismissed WITH PREJUDICE, with each side to bear its own fees and costs.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated __October 1, 2024_____

31159468

- 2 -